# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2678
_____

MICHAEL C. BROUGHTON,

    Appellant,

v.

ANGELA TAYLOR,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Darlene F. Dickey, Judge.

April 9, 2024

PER CURIAM.

    DISMISSED.

ROWE, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael C. Broughton, pro se, Appellant.

No appearance for Appellee.